IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT E. WALLS,<br>        Petitioner<br><br>   vs.<br><br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>        Respondent | )<br>)<br>)<br>) Civil Action No. 06-1598<br>) Judge Terrence F. McVerry/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>) |

## **ORDER**

AND NOW, this 26th day of November, 2007, after the Petitioner, Robert E. Walls, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is denied;

      IT IS FURTHER ORDERED that a certificate of appealability be denied.

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                           s/ Terrence F. McVerry
                                           United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Robert E. Walls
BJ-9898
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

Counsel of record by Notice of Electronic Filing